IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BROADCAST MUSIC, INC.; WILLIAM PATRICK
CORGAN d/b/a CINDERFUL MUSIC; CHRYSALIS
SONGS; ABKCO MUSIC, INC.; SONY/ATV SONGS
LLC d/b/a SONY/ATV TREE PUBLISHING;
UNIVERSAL-SONGS OF POLYGRAM INTERNATION-
AL, INC.; WARNER-TAMERLANE PUBLISHING
CORP.; MIRAN PUBLISHING, INC.; EMI
BLACKWOOD MUSIC INC.; SONGS OF UNIVERS-
AL, INC.; EMI VIRGIN SONGS, INC. d/b/a
EMI LONGITUDE MUSIC; RICK'S MUSIC, INC.;
STEVE GREENBERG d/b/a RED SEA SONGS;
MICHAEL BALZARY, JOHN ANTHONY
FRUSCIANTE, ANOTHONY KIEDIS and CHAD
GAYLORD SMITH, a partnership d/b/a
MOEBETOBLAME MUSIC; FANTASY, INC. d/b/a
JONDORA MUSIC; KEN ADAMANY, RICK
NIELSEN, BRAD CARLSON, ROBIN ZANDER and
TOM PETERSON, a partnership d/b/a ADULT
MUSIC; SCREEN GEMS-EMI MUSIC, INC.;
ELEKSYLUM MUSIC, INC.; NO SURRENDER
MUSIC, a division of PRAXIS INTERNATION-
AL COMMUNICATIONS, INC.; UNIVERSAL-
DUCHESS MUSIC CORPORATION; PHILIP H.
GILLIN d/b/a KINGS ROAD MUSIC; FOUR-
TEENTH HOUR MUSIC INC.; SPRINGTIME
MUSIC, INC.; SONY/ATV SONGS LLC d/b/a
SONY/ATV ACUFF ROSE MUSIC; ROY KELTON
ORBISON, JR. d/b/a R-KEY DARKUS PUBLISH-
ING; ALEXANDER ORBISON d/b/a ORBI-LEE
PUBLISHING; BARBARA ORBISON as Trustee
d/b/a BARBARA ORBISON MUSIC COMPANY;
RONDOR MUSIC INTERNATIONAL, INC. d/b/a
IRVING MUSIC; DANDELION MUSIC CO., a
division of JAMIE MUSIC PUBLISHING CO.;
UNICHAPPELL MUSIC INC.; SONY/ATV SONGS
LLC; THE BERNARD EDWARDS COMPANY LLC;
FORREST RICHARD BETTS d/b/a FORREST
RICHARD BETTS MUSIC; FOREIGN IMPORTED
PRODUCTIONS AND PUBLISHING INC. d/b/a
FIPP INTERNATIONAL; ANIWI MUSIC LLC;
SONY/ATV LATIN MUSIC PUBLISHING LLC;
TOBY  KEITH COVEL d/b/a TOKECO TUNES;

C.A. No. _____

**COMPLAINT**

|                                                                                                                                                                                                                    |        |
| ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | ------ |
| Plaintiffs,                                                                                                                                                                                                         | )      |
|                                                                                                                                                                                                                    | )      |
| v.                                                                                                                                                                                                                 | )      |
|                                                                                                                                                                                                                    | )      |
| HIGHWAY ONE LIMITED PARTNERSHIP d/b/a RUSTY RUDDER, DEWEY BEACH ENTERPRISES, INC., BOTTLE, INC., RUSTY RUDDER, INC., ALEXANDER J. PIRES, JR., JOHN SNOW and JIM BAEURLE, each individually,                          | ) ) ) )|
|                                                                                                                                                                                                                    | )      |
| Defendants.                                                                                                                                                                                                        | )      |

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1.     This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.     Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3.     Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 320 West 57th Street, New York, New York 10019.  BMI has been granted the right to license the public performance rights in approximately three million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.     The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.    Defendant Highway One Limited Partnership is a limited partnership company which operates, maintains and controls an establishment known as Rusty Rudder, located at 113 Dickinson Street, Dewey Beach, Delaware 19971, in this district (the "Establishment").

6.    In connection with the operation of this business, Defendant Highway One Limited Partnership publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7.    Defendant Highway One Limited Partnership has a direct financial interest in the Establishment.

8.    Defendant Alexander J. Pires, Jr. is a partner in Defendant Highway One Limited Partnership with primary responsibility for the operation and management of that limited partnership and the Establishment.

9.    Defendant Alexander J. Pires, Jr. has the right and ability to supervise the activities of Defendant Highway One Limited Partnership and a direct financial interest in that limited partnership and the Establishment.

10.    Defendant Alexander J. Pires, Jr. is an officer in Defendant Dewey Beach Enterprises, Inc. with primary responsibility for the operation and management of that corporation.

11.    Defendant Alexander J. Pires, Jr. has the right and ability to supervise the activities of Defendant Dewey Beach Enterprises, Inc. and a direct financial interest in that corporation.

12.    Defendant Alexander J. Pires, Jr. is an officer in Defendant Bottle, Inc. primary responsibility for the operation and management of that corporation.

13.    Defendant Alexander J. Pires, Jr. has the right and ability to supervise the activities of Defendant Bottle, Inc. and a direct financial interest in that corporation.

14.     Defendant Alexander J. Pires, Jr. is an officer in Defendant Rusty Rudder, Inc. with primary responsibility for the operation and management of that corporation.

15.     Defendant Alexander J. Pires, Jr. has the right and ability to supervise the activities of Defendant Rusty Rudder, Inc. and a direct financial interest in that corporation.

16.     Defendant John Snow is a partner in Defendant Highway One Limited Partnership with primary responsibility for the operation and management of that limited partnership and the Establishment.

17.     Defendant John Snow has the right and ability to supervise the activities of Defendant Highway One Limited Partnership and a direct financial interest in that limited partnership.

18.     Defendant John Snow is an officer in Defendant Dewey Beach Enterprises, Inc. with primary responsibility for the operation and management of that corporation.

19.     Defendant John Snow has the right and ability to supervise the activities of Defendant Dewey Beach Enterprises, Inc. and a direct financial interest in that corporation.

20.     Defendant John Snow is an officer in Defendant Bottle, Inc. primary responsibility for the operation and management of that corporation.

21.     Defendant John Snow has the right and ability to supervise the activities of Defendant Bottle, Inc. and a direct financial interest in that corporation.

22.     Defendant John Snow is an officer in Defendant Rusty Rudder, Inc. with primary responsibility for the operation and management of that corporation.

23.     Defendant John Snow has the right and ability to supervise the activities of Defendant Rusty Rudder, Inc. and a direct financial interest in that corporation.

24.    Defendant Jim Baeurle is a partner in Defendant Highway One Limited Partnership with primary responsibility for the operation and management of that limited partnership and the Establishment.

25.    Defendant Jim Baeurle has the right and ability to supervise the activities of Defendant Highway One Limited Partnership and a direct financial interest in that limited partnership and the Establishment.

26.    Defendant Jim Baeurle is an officer in Defendant Dewey Beach Enterprises, Inc. with primary responsibility for the operation and management of that corporation.

27.    Defendant Jim Baeurle has the right and ability to supervise the activities of Defendant Dewey Beach Enterprises, Inc. and a direct financial interest in that corporation.

28.    Defendant Jim Baeurle is an officer in Defendant Bottle, Inc. primary responsibility for the operation and management of that corporation.

29.    Defendant Jim Baeurle has the right and ability to supervise the activities of Defendant Bottle, Inc. and a direct financial interest in that corporation.

30.    Defendant Jim Baeurle is an officer in Defendant Rusty Rudder, Inc. with primary responsibility for the operation and management of that corporation.

31.    Defendant Jim Baeurle has the right and ability to supervise the activities of Defendant Rusty Rudder, Inc. and a direct financial interest in that corporation.

<u>CLAIMS OF COPYRIGHT INFRINGEMENT</u>

32.    Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 31.

33.    Plaintiffs allege twenty-nine claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire.

All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

34.    Annexed as Exhibit A is a Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the twenty-nine (29) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the establishment where the infringement occurred.

35.    Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

36.    On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

37.    On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

38.     On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Establishment without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

39.     The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI repertoire at the Establishment, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)     Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III)   Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV)    Plaintiffs have such other and further relief as is just and equitable.

MORRIS NICHOLS ARSHT & TUNNELL LLP

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

October 5, 2007
1253910

EXHIBIT A

# *Schedule*

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | 1979 |
| Line 3 | Writer(s) | William Patrick Corgan |
| Line 4 | Publisher Plaintiff(s) | William Patrick Corgan, an individual dba Cinderful Music; Chrysalis Songs |
| Line 5 | Dates(s) of Registration | 1/29/96 |
| Line 6 | Registration No(s). | PA 773-963 |
| Line 7 | Dates(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

---

| Line 1 | Claim No. | 2 |
|--------|-----------|---|
| Line 2 | Musical Composition | Brown Sugar |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. |
| Line 5 | Dates(s) of Registration | 2/23/71    8/9/71 |
| Line 6 | Registration No(s). | Eu 235987    Ep 289673 |
| Line 7 | Dates(s) of Infringement | 11/24/06    11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

---

| Line 1 | Claim No. | 3 |
| --- | --- | --- |
| Line 2 | Musical Composition | Crazy |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/6/89        10/16/61 |
| Line 6 | Registration No(s). | RE 422-869      Ep 156698 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 4 |
| --- | --- | --- |
| Line 2 | Musical Composition | Crocodile Rock |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 11/17/72 |
| Line 6 | Registration No(s). | Efo 159444 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 5 |
| --- | --- | --- |
| Line 2 | Musical Composition | Dance To The Music |
| Line 3 | Writer(s) | Sylvester Stewart |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/18/68      4/19/68 |
| Line 6 | Registration No(s). | Eu 45049      Ep 246661 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

Line 1    Claim No.                                6

Line 2    Musical Composition        Don't Stop a/k/a Don't Stop Till You Get Enough

Line 3    Writer(s)                        Michael Joe Jackson

Line 4    Publisher Plaintiff(s)        Miran Publishing, Inc.

Line 5    Date(s) of Registration      6/18/79      8/11/80

Line 6    Registration No(s).          Pau 114-601  PAu 240-861

Line 7    Date(s) of Infringement      11/24/06

Line 8    Place of Infringement        Rusty Rudder

---

Line 1    Claim No.                                7

Line 2    Musical Composition        Enjoy Yourself

Line 3    Writer(s)                        Kenny Gamble; Leon Huff

Line 4    Publisher Plaintiff(s)        Warner-Tamerlane Publishing Corp.

Line 5    Date(s) of Registration      10/26/76          3/7/77

Line 6    Registration No(s).          Eu 726394        Ep 365426

Line 7    Date(s) of Infringement      11/24/06

Line 8    Place of Infringement        Rusty Rudder

---

Line 1    Claim No.                                8

Line 2    Musical Composition        Every Breath You Take a/k/a I'll Be Missing You a/k/a Missing You

Line 3    Writer(s)                        Gordon Sumners a/k/a Sting

Line 4    Publisher Plaintiff(s)        EMI Blackwood Music Inc.

Line 5    Date(s) of Registration      6/23/83

Line 6    Registration No(s).          PA 201-652

Line 7    Date(s) of Infringement      4/7/07

Line 8    Place of Infringement        Rusty Rudder

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Free Bird |
| Line 3 | Writer(s) | Allen Collins; Ron Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. dba EMI Longitude Music |
| Line 5 | Dates(s) of Registration | 12/5/73    7/14/75 |
| Line 6 | Registration No(s). | Eu 450840   Ep 340382 |
| Line 7 | Dates(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Funkytown |
| Line 3 | Writer(s) | Steve Greenberg |
| Line 4 | Publisher Plaintiff(s) | Rick's Music, Inc.; Steve Greenberg, an individual d/b/a Red Sea Songs |
| Line 5 | Dates(s) of Registration | 1/3/80 |
| Line 6 | Registration No(s). | PAu 167-962 |
| Line 7 | Dates(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Dates(s) of Registration | 6/12/75    6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Dates(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Gimme Three Steps |
| Line 3 | Writer(s) | Allen Collins; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Dates(s) of Registration | 10/1/73    4/6/77 |
| Line 6 | Registration No(s). | Eu 448562    Ep 372687 |
| Line 7 | Dates(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Give It Away a/k/a Giveitaway |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary a/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Dates(s) of Registration | 3/6/92 |
| Line 6 | Registration No(s). | PA 561-585 |
| Line 7 | Dates(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Have You Ever Seen The Rain a/k/a Have You Ever Seen The Rain? |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Dates(s) of Registration | 12/10/70 |
| Line 6 | Registration No(s). | Eu 222228 |
| Line 7 | Dates(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 15 |
|---|---|---|
| Line 2 | Musical Composition | I Want You To Want Me |
| Line 3 | Writer(s) | Rick Nielsen |
| Line 4 | Publisher Plaintiff(s) | Ken Adamany, Rick Nielsen, Brad Carlson, Robin Zander and Tom Peterson, a partnership d/b/a Adult Music; Screen Gems-EMI Music, Inc. |
| Line 5 | Dates(s) of Registration | 7/7/77    4/20/79 |
| Line 6 | Registration No(s). | Eu 809938   PA 42-276 |
| Line 7 | Date(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 16 |
|---|---|---|
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Dates(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 17 |
|---|---|---|
| Line 2 | Musical Composition | Long Train Runnin' |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Dates(s) of Registration | 5/14/73 |
| Line 6 | Registration No(s). | Ep 311574 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 18 |
| Line 2 | Musical Composition | Love Train |
| Line 3 | Writer(s) | Kenny Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Dates(s) of Registration | 3/16/73    4/30/73 |
| Line 6 | Registration No(s). | Ep 309589   Ep 312436 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 19 |
| Line 2 | Musical Composition | Magic Carpet Ride |
| Line 3 | Writer(s) | John Kay; Rushton Moreve |
| Line 4 | Publisher Plaintiff(s) | Universal - Duchess Music Corporation; Philip H. Gillin d/b/a Kings Road Music |
| Line 5 | Dates(s) of Registration | 10/21/68 |
| Line 6 | Registration No(s). | Eu 83717 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 20 |
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Dates(s) of Registration | 4/27/93        3/22/65 |
| Line 6 | Registration No(s). | RE 627-422     Eu 873659 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 21 |
|--------|-----------|----|
| Line 2 | Musical Composition | Oh, Pretty Woman a/k/a Pretty Woman |
| Line 3 | Writer(s) | Roy Orbison; Bill Dees |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; Roy Kelton Orbison, Jr. d/b/a R-Key Darkus Publishing; Alexander Orbison d/b/a Orbi-Lee Publishing; Barbara Orbison as Trustee d/b/a Barbara Orbison Music Company |
| Line 5 | Date(s) of Registration | 1/13/92    8/28/64 |
| Line 6 | Registration No(s). | RE 569-701  Ep 191739 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 22 |
|--------|-----------|----|
| Line 2 | Musical Composition | Respect |
| Line 3 | Writer(s) | Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 1/4/93 |
| Line 6 | Registration No(s). | RE 608-238 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 23 |
|--------|-----------|----|
| Line 2 | Musical Composition | She's Some Kind Of Wonderful a/k/a Some Kind Of Wonderful |
| Line 3 | Writer(s) | J. Ellison a/k/a John Ellison |
| Line 4 | Publisher Plaintiff(s) | Dandelion Music Co., a division of Jamie Music Publishing Co. |
| Line 5 | Date(s) of Registration | 6/5/67 |
| Line 6 | Registration No(s). | Ep 232189 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 24 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Turn The Beat Around a/k/a Turn The Beat Around (Love To Hear Percussion) |
| Line 3 | Writer(s) | Peter Jackson; Gerald Jackson |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 6/6/75        11/15/79 |
| Line 6 | Registration No(s). | Eu 586537    PA 60-525 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 25 |
|--------|-----------|-----|
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 1/10/79     6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307   PA 106-660 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 26 |
|--------|-----------|-----|
| Line 2 | Musical Composition | Ramblin' Man |
| Line 3 | Writer(s) | Forrest Richard Betts |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music, Inc.; Forrest Richard Betts d/b/a Forrest Richard Betts Music |
| Line 5 | Date(s) of Registration | 9/17/73        4/24/74 |
| Line 6 | Registration No(s). | Eu 433219    Ep 323654 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 27 |
| Line 2 | Musical Composition | Whenever Wherever |
| Line 3 | Writer(s) | Foreign Imported Productions and Publishing Inc. and Aniwi Music LLC as employers for hire |
| Line 4 | Publisher Plaintiff(s) | Foreign Imported Productions and Publishing Inc. d/b/a<br>F I P P International; Aniwi Music LLC; Sony/ATV Latin Music Publishing LLC |
| Line 5 | Date(s) of Registration | 9/7/01 |
| Line 6 | Registration No(s). | PA 1-055-392 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 28 |
| Line 2 | Musical Composition | Stays In Mexico |
| Line 3 | Writer(s) | Toby Keith Covel |
| Line 4 | Publisher Plaintiff(s) | Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 8/10/04 |
| Line 6 | Registration No(s). | PA 1-239-354 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 29 |
| Line 2 | Musical Composition | Dani California |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-481 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

# CIVIL COVER SHEET

℞JS 44   (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS

Broadcast Music, Inc., et al.,

**(b)**   County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)
Attorney Name Here, MORRIS, NICHOLS, ARSHT & TUNNELL LLP,
1201 North Market Street, P.O. Box 1347,
Wilmington, DE  19899-1347, (302) 658-9200

## DEFENDANTS

Highway One Limited Partnership d/b/a
Rusty Rudder, et al.

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1   U.S. Government
Plaintiff
- ☒ 3   Federal Question
(U.S. Government Not a Party)
- ☐ 2   U.S. Government
Defendant
- ☐ 4   Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from another district (specify)
- ☐ 6   Multidistrict Litigation
- ☐ 7   Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section 101 et seq.

Brief description of cause:   Suit for copyright infringement

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   10.5.07

SIGNATURE OF ATTORNEY OF RECORD   _Thomas C. Grin_

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 0 7 - 6 1 5 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___10___ COPIES OF AO FORM 85.

10 - 5 - 07
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Aaron  Johnston
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action