# EXHIBIT A

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | 1979 |
| Line 3 | Writer(s) | William Patrick Corgan |
| Line 4 | Publisher Plaintiff(s) | William Patrick Corgan, an individual dba Cinderful Music; Chrysalis Songs |
| Line 5 | Date(s) of Registration | 1/29/96 |
| Line 6 | Registration No(s). | PA 773-963 |
| Line 7 | Date(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 2 | |
| Line 2 | Musical Composition | Brown Sugar | |
| Line 3 | Writer(s) | Mick Jagger; Keith Richard | |
| Line 4 | Publisher Plaintiff(s) | Abkco Music, Inc. | |
| Line 5 | Date(s) of Registration | 2/23/71 | 8/9/71 |
| Line 6 | Registration No(s). | Eu 235987 | Ep 289673 |
| Line 7 | Date(s) of Infringement | 11/24/06 | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Crazy |
| Line 3 | Writer(s) | Willie Nelson |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing |
| Line 5 | Date(s) of Registration | 3/6/89    10/16/61 |
| Line 6 | Registration No(s). | RE 422-869    Ep 156698 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Crocodile Rock |
| Line 3 | Writer(s) | Elton John; Bernie Taupin |
| Line 4 | Publisher Plaintiff(s) | Universal - Songs of Polygram International, Inc. |
| Line 5 | Date(s) of Registration | 11/17/72 |
| Line 6 | Registration No(s). | Efo 159444 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Dance To The Music |
| Line 3 | Writer(s) | Sylvester Stewart |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/18/68    4/19/68 |
| Line 6 | Registration No(s). | Eu 45049    Ep 246661 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Don't Stop a/k/a Don't Stop Till You Get Enough |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | Miran Publishing, Inc. |
| Line 5 | Date(s) of Registration | 6/18/79    8/11/80 |
| Line 6 | Registration No(s). | Pau 114-601  PAu 240-861 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Enjoy Yourself |
| Line 3 | Writer(s) | Kenny Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 10/26/76    3/7/77 |
| Line 6 | Registration No(s). | Eu 726394    Ep 365426 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Every Breath You Take a/k/a I'll Be Missing You a/k/a Missing You |
| Line 3 | Writer(s) | Gordon Sumners a/k/a Sting |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc. |
| Line 5 | Date(s) of Registration | 6/23/83 |
| Line 6 | Registration No(s). | PA 201-652 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Free Bird |
| Line 3 | Writer(s) | Allen Collins; Ron Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. dba EMI Longitude Music |
| Line 5 | Date(s) of Registration | 12/5/73   7/14/75 |
| Line 6 | Registration No(s). | Eu 450840   Ep 340382 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Funkytown |
| Line 3 | Writer(s) | Steve Greenberg |
| Line 4 | Publisher Plaintiff(s) | Rick's Music, Inc.; Steve Greenberg, an individual d/b/a Red Sea Songs |
| Line 5 | Date(s) of Registration | 1/3/80 |
| Line 6 | Registration No(s). | PAu 167-962 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 11 |
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75   6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | Gimme Three Steps |
| Line 3 | Writer(s) | Allen Collins; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 10/1/73   4/6/77 |
| Line 6 | Registration No(s). | Eu 448562   Ep 372687 |
| Line 7 | Date(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | Give It Away a/k/a Giveitaway |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary a/k/a Flea; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 3/6/92 |
| Line 6 | Registration No(s). | PA 561-585 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 14 |
| Line 2 | Musical Composition | Have You Ever Seen The Rain a/k/a Have You Ever Seen The Rain? |
| Line 3 | Writer(s) | John C. Fogerty |
| Line 4 | Publisher Plaintiff(s) | Fantasy, Inc. d/b/a Jondora Music |
| Line 5 | Date(s) of Registration | 12/10/70 |
| Line 6 | Registration No(s). | Eu 222228 |
| Line 7 | Date(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 15 |
|---|---|---|
| Line 2 | Musical Composition | I Want You To Want Me |
| Line 3 | Writer(s) | Rick Nielsen |
| Line 4 | Publisher Plaintiff(s) | Ken Adamany, Rick Nielsen, Brad Carlson, Robin Zander and Tom Peterson, a partnership d/b/a Adult Music; Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 7/7/77    4/20/79 |
| Line 6 | Registration No(s). | Eu 809938   PA 42-276 |
| Line 7 | Date(s) of Infringement | 11/25/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 16 |
|---|---|---|
| Line 2 | Musical Composition | Keep Your Hands To Yourself |
| Line 3 | Writer(s) | Dan Baird |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Eleksylum Music, Inc.; No Surrender Music, a division of Praxis International Communications, Inc. |
| Line 5 | Date(s) of Registration | 10/15/86 |
| Line 6 | Registration No(s). | PA 304-742 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 17 |
|---|---|---|
| Line 2 | Musical Composition | Long Train Runnin' |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/14/73 |
| Line 6 | Registration No(s). | Ep 311574 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 18 |
|---|---|---|
| Line 2 | Musical Composition | Love Train |
| Line 3 | Writer(s) | Kenny Gamble; Leon Huff |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 3/16/73    4/30/73 |
| Line 6 | Registration No(s). | Ep 309589    Ep 312436 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 19 |
|---|---|---|
| Line 2 | Musical Composition | Magic Carpet Ride |
| Line 3 | Writer(s) | John Kay; Rushton Moreve |
| Line 4 | Publisher Plaintiff(s) | Universal - Duchess Music Corporation; Philip H. Gillin d/b/a Kings Road Music |
| Line 5 | Date(s) of Registration | 10/21/68 |
| Line 6 | Registration No(s). | Eu 83717 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 20 |
|---|---|---|
| Line 2 | Musical Composition | Mustang Sally |
| Line 3 | Writer(s) | Bonny Rice |
| Line 4 | Publisher Plaintiff(s) | Fourteenth Hour Music Inc.; Springtime Music, Inc. |
| Line 5 | Date(s) of Registration | 4/27/93    3/22/65 |
| Line 6 | Registration No(s). | RE 627-422    Eu 873659 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 21 |
|---|---|---|
| Line 2 | Musical Composition | Oh, Pretty Woman a/k/a Pretty Woman |
| Line 3 | Writer(s) | Roy Orbison; Bill Dees |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Acuff Rose Music; Roy Kelton Orbison, Jr. d/b/a R-Key Darkus Publishing; Alexander Orbison d/b/a Orbi-Lee Publishing; Barbara Orbison as Trustee d/b/a Barbara Orbison Music Company |
| Line 5 | Date(s) of Registration | 1/13/92   8/28/64 |
| Line 6 | Registration No(s). | RE 569-701  Ep 191739 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 22 |
|---|---|---|
| Line 2 | Musical Composition | Respect |
| Line 3 | Writer(s) | Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 1/4/93 |
| Line 6 | Registration No(s). | RE 608-238 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| Line 1 | Claim No. | 23 |
|---|---|---|
| Line 2 | Musical Composition | She's Some Kind Of Wonderful a/k/a Some Kind Of Wonderful |
| Line 3 | Writer(s) | J. Ellison a/k/a John Ellison |
| Line 4 | Publisher Plaintiff(s) | Dandelion Music Co., a division of Jamie Music Publishing Co. |
| Line 5 | Date(s) of Registration | 6/5/67 |
| Line 6 | Registration No(s). | Ep 232189 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 24 |
| Line 2 | Musical Composition | Turn The Beat Around a/k/a Turn The Beat Around (Love To Hear Percussion) |
| Line 3 | Writer(s) | Peter Jackson; Gerald Jackson |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music Inc. |
| Line 5 | Date(s) of Registration | 6/6/75    11/15/79 |
| Line 6 | Registration No(s). | Eu 586537    PA 60-525 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 25 |
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company LLC |
| Line 5 | Date(s) of Registration | 1/10/79    6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307   PA 106-660 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 26 |
| Line 2 | Musical Composition | Ramblin' Man |
| Line 3 | Writer(s) | Forrest Richard Betts |
| Line 4 | Publisher Plaintiff(s) | Unichappell Music, Inc.; Forrest Richard Betts d/b/a Forrest Richard Betts Music |
| Line 5 | Date(s) of Registration | 9/17/73    4/24/74 |
| Line 6 | Registration No(s). | Eu 433219    Ep 323654 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 27 |
| Line 2 | Musical Composition | Whenever Wherever |
| Line 3 | Writer(s) | Foreign Imported Productions and Publishing Inc. and Aniwi Music LLC as employers for hire |
| Line 4 | Publisher Plaintiff(s) | Foreign Imported Productions and Publishing Inc. d/b/a F I P P International; Aniwi Music LLC; Sony/ATV Latin Music Publishing LLC |
| Line 5 | Date(s) of Registration | 9/7/01 |
| Line 6 | Registration No(s). | PA 1-055-392 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 28 |
| Line 2 | Musical Composition | Stays In Mexico |
| Line 3 | Writer(s) | Toby Keith Covel |
| Line 4 | Publisher Plaintiff(s) | Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 8/10/04 |
| Line 6 | Registration No(s). | PA 1-239-354 |
| Line 7 | Date(s) of Infringement | 11/24/06 |
| Line 8 | Place of Infringement | Rusty Rudder |

| | | |
|---|---|---|
| Line 1 | Claim No. | 29 |
| Line 2 | Musical Composition | Dani California |
| Line 3 | Writer(s) | Anthony Kiedis; Michael Balzary; Chad Smith; John Frusciante |
| Line 4 | Publisher Plaintiff(s) | Michael Balzary, John Anthony Frusciante, Anthony Kiedis and Chad Gaylord Smith, a partnership d/b/a Moebetoblame Music |
| Line 5 | Date(s) of Registration | 6/1/06 |
| Line 6 | Registration No(s). | PA 1-334-481 |
| Line 7 | Date(s) of Infringement | 4/7/07 |
| Line 8 | Place of Infringement | Rusty Rudder |