IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; WILLIAM PATRICK CORGAN d/b/a CINDERFUL MUSIC; CHRYSALIS SONGS; ABKCO MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; WARNER-TAMERLANE PUBLISHING CORP.; MIRAN PUBLISHING, INC.; EMI BLACKWOOD MUSIC INC.; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; RICK'S MUSIC, INC.; STEVE GREENBERG d/b/a RED SEA SONGS; MICHAEL BALZARY, JOHN ANTHONY FRUSCIANTE, ANOTHONY KIEDIS and CHAD GAYLORD SMITH, a partnership d/b/a MOEBETOBLAME MUSIC; FANTASY, INC. d/b/a JONDORA MUSIC; KEN ADAMANY, RICK NIELSEN, BRAD CARLSON, ROBIN ZANDER and TOM PETERSON, a partnership d/b/a ADULT MUSIC; SCREEN GEMS-EMI MUSIC, INC.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; PHILIP H. GILLIN d/b/a KINGS ROAD MUSIC; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; ROY KELTON ORBISON, JR. d/b/a R-KEY DARKUS PUBLISHING; ALEXANDER ORBISON d/b/a ORBI-LEE PUBLISHING; BARBARA ORBISON as Trustee d/b/a BARBARA ORBISON MUSIC COMPANY; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; DANDELION MUSIC CO., a division of JAMIE MUSIC PUBLISHING CO.; UNICHAPPELL MUSIC INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; FORREST RICHARD BETTS d/b/a FORREST RICHARD BETTS MUSIC; FOREIGN IMPORTED PRODUCTIONS AND PUBLISHING INC. d/b/a FIPP INTERNATIONAL; ANIWI MUSIC LLC; SONY/ATV LATIN MUSIC PUBLISHING LLC; TOBY KEITH COVEL d/b/a TOKECO TUNES; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. _____<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**PLAINTIFFS' RULE 7.1**<br>**<u>DISCLOSURE STATEMENT</u>** |

|  |  |
|---|---|
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| HIGHWAY ONE LIMITED PARTNERSHIP d/b/a | ) |
| RUSTY RUDDER, DEWEY BEACH ENTERPRISES, | ) |
| INC., BOTTLE, INC., RUSTY RUDDER, INC., | ) |
| ALEXANDER J. PIRES, JR., JOHN SNOW and | ) |
| JIM BAEURLE, each individually, | ) |
|  | ) |
| Defendants. | ) |

Listed below in the left-hand column is the name of each of the plaintiffs with a parent corporation, and listed in the right-hand column is the name of each of their respective parent corporations:

| | |
|---|---|
| Abkco Music, Inc. | Abkco Music & Records Inc. |
| Chrysalis Songs | Chrysalis Records, Inc. |
| Eleksylum Music Inc. | Elektra/Asylum/Nonesuch Records, a Division of Warner Communications Inc. |
| EMI Blackwood Music Inc. | EMI Group PLC |
| EMI Longitude Music | EMI Group PLC |
| Irving Music | Rondor Music International Inc. |
| Jondora Music | |
| Screen Gems-EMI Music Inc. | EMI Group PLC |
| Songs of Universal, Inc. | Vivendi SA |
| Sony/ATV Acuff Rose Music | Sony Music Entertainment, Inc. |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |
| Sony/ATV Tree Publishing | Sony Music Entertainment, Inc. |
| Unichappell Music Inc. | Warner/Chappell Music, Inc. |

| | |
|---|---|
| Universal-Duchess Music Corporation | Vivendi SA |
| Universal-Songs of Polygram International, Inc. | Vivendi SA |
| Warner-Tamerlane Publishing Corp. | Warner Music Group Corp. |

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

October 5, 2007
1254084