IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BROADCAST MUSIC, INC., et al.,                    )
                                                  )
                    Plaintiffs,                   )
                                                  )
         v.                                       )    C.A. No. 07-615-SLR
                                                  )
HIGHWAY ONE LIMITED PARTNERSHIP                   )
d/b/a RUSTY RUDDER, DEWEY BEACH                   )
ENTERPRISES, INC., BOTTLE, INC., RUSTY            )
RUDDER, INC., ALEXANDER J. PIRES, JR.,            )
JOHN SNOW and JIM BAEURLE, each                   )
individually,                                     )
                                                  )
                    Defendants.                   )

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, Plaintiffs filed a Complaint for copyright infringement on October 5, 2007;

WHEREAS, the parties have entered into a Settlement Agreement dated December 19th, 2007, resolving their disputes; and

WHEREAS, the parties desire to have this Court retain jurisdiction for the purpose of enforcing the Settlement Agreement;

WHEREFORE, it is hereby stipulated and agreed, by counsel for the parties, subject to the approval of the Court, that:

1.    This action is dismissed with prejudice with each party bearing its own attorneys' fees and costs;

2.    This Court retains jurisdiction for the purpose of enforcing the Settlement Agreement.

MORRIS NICHOLS ARSHT & TUNNELL LLP

_Thomas C. Grimm_

Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiffs*

Dated: _January 30, 2008_

PHILLIPS, GOLDMAN & SPENCE, P.A.

_Stephen W. Spence_

Stephen W. Spence (#2033)
1509 Highway One
Dewey Beach, DE  19971
(302) 226-4200
sws@pgslaw.com
*Attorney for all Defendants*

SO ORDERED this ____ day of _____, 2007.

_____
United States District Court Judge

1324132